UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Hudson Specialty Insurance Company, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| Eric William Brown, Douglas W. Brown, and Taylor Douglas Honeycutt, | ) ) ) | 5:15-CV-352-BO |
| Defendants. | ) ) ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Hudson Specialty Insurance Company as set forth in the consent order.

This case is closed.

**This judgment filed and entered on June 7, 2016, and served on:**

James M Dedman, IV (via CM/ECF Notice of Electronic Filing)
A. Charles Ellis (via CM/ECF Notice of Electronic Filing)
James J. Mills (via CM/ECF Notice of Electronic Filing)

June 7, 2016

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk